**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| VASILIOS D. KIRITSIS AND JENNIFER L. KIRITSIS, | : | No. 360 MAL 2020 |
| | : | |
| Petitioners | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| YOCUM INSTITUTE FOR ARTS EDUCATION, INC., | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.